UNITED STATES of America,
Plaintiff–Appellee,

v.

Jefferson RIASCOS–VALENCIA, a/k/a
William Keith Patterson, a/k/a
Jason, Defendant–Appellant.

No. 02–6459.

United States Court of Appeals,
Fourth Circuit.

Submitted June 20, 2002.

Decided June 26, 2002.

Jefferson Riascos–Valencia, Appellant Pro Se. Robert Jack Higdon, Jr., Office of the United States Attorney, Charlotte, North Carolina, for Appellee.

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Jefferson Riascos–Valencia seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Riascos–Valencia,* Nos. CR–97–40; CA–01–165–3–2V (W.D.N.C. Feb. 19, 2002). We dis-

pense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*